FILED IN CHAMBERS
U.S.D.C. Rome

MAY 07 2012

JAMES N. ......., Clerk
By: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADLEY MILLER,

    Defendant.

CIVIL ACTION
NO. 4:11-CR-0044-RLV

## O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court. In adopting the magistrate judge's report and recommendation, the court notes that it considered the defendant's March 29, 2012, objections to the report and recommendation. Specifically, the court REJECTS the defendant's request for a *Franks* hearing as the court concludes that such a hearing is not necessary for the reasons outlined in Magistrate Judge Walter E. Johnson's report and recommendation.

SO ORDERED, this 7th day of May, 2012.

[signature]
ROBERT L. VINING, JR.
Senior United States District Judge